259-07/MEU
FREEHILL HOGAN & MAHAR, LLP
Attorneys for Plaintiff
AGIOS NECTARIOS SHIPPING S.A.
80 Pine Street
New York, NY 10005
Telephone: (212) 425-1900 / Facsimile: (212) 425-1901
Michael E. Unger (MU 0045)
Manuel A. Molina (MM1017)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
AGIOS NECTARIOS SHIPPING S.A.,

                Plaintiff,

   - against –

AZELIE CORPORATION and CARGOBULK
PTE LTD.,

                Defendants.
-----------------------------------------------------------x

**JUDGE LYNCH**

07 CIV 3801

**RULE 7.1 STATEMENT**

AGIOS NECTARIOS SHIPPING S.A., by and through its undersigned attorneys Freehill Hogan & Mahar, LLP, and pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, certifies that it is a private (non-governmental) party, has no corporate parents, and that no publicly-held corporation in the United States owns 10% or more of the stock of the company.

Dated: New York, New York
       May 15, 2007

                         FREEHILL HOGAN & MAHAR, LLP
                         Attorneys for Plaintiff
                         AGIOS NECTARIOS SHIPPING S.A.

    By: _____
                         Michael E. Unger (MU 0045)
                         Manuel A. Molina (MM 1017)
                         80 Pine Street
                         New York, NY 10005
                         (212) 425-1900
                         (212) 425-1901 fax

NYDOCS1/283259.1