*X Yne Hi T*

259-07/MEU
FREEHILL HOGAN & MAHAR, LLP
Attorneys for Plaintiff
AGIOS NECTARIOS SHIPPING S.A.
80 Pine Street
New York, NY 10005
Telephone: (212) 425-1900 / Facsimile: (212) 425-1901
Michael E. Unger (MU 0045)
Manuel A. Molina (MM1017)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

AGIOS NECTARIOS SHIPPING S.A.,                          07 cv 3801 (GEL)

                                    Plaintiff,

         - against –                                    **NOTICE OF VOLUNTARY
                                                        DISMISSAL**

AZELIE CORPORATION and CARGOBULK
PTE LTD.,
                                    Defendants.
-------------------------------------------------------------x

        The above-captioned action having been settled, pursuant to Rule 41(a)(1) of the Federal

Rules of Civil Procedure, Plaintiff AGIOS NECTARIOS SHIPPING S.A. provides notice of

discontinuance of this action.

Dated: New York, New York
         October 12, 2007

                                    FREEHILL HOGAN & MAHAR, LLP
                                    Attorneys for Plaintiff
                                    AGIOS NECTARIOS SHIPPING S.A.

                       By:          _____
                                    Michael E. Unger (MU0045)
                                    Manuel A. Molina (MM 1017)
                                    80 Pine Street
                                    New York, NY 10005
                                    (212) 425-1900

"SO ORDERED"

Hon. Gerard E. Lynch
U.S.D.J.
10/18/07

NYDOCS1/291761.1